UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD DELANE BECKWITH,<br><br>　　　　Petitioner,<br><br>　v.<br><br>R. J. RACKLEY, Warden,<br><br>　　　　Respondent. | NO. CV 15-2305-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 5, 2018

　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　United States District Judge